ANNA KAPLAN, Appellant, *v.* ETTA KOENIG, Respondent, and ESTHETIC REALTY CORPORATION, Appellant, Impleaded with Others.

(Submitted March 18, 1929; decided March 19, 1929.)

*Homer I. Harris* for motion.

*Herman M. Schaap* and *Charles Berlin* opposed.

Motion denied on condition that appellants file and serve their briefs on or before March 21, 1929, and each pay ten dollars costs within five days; otherwise, motion granted and appeal dismissed, with costs and ten dollars costs of motion.